US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 6:15CR60033-001 |
| ) | |
| ) | 18 U.S.C. § 2252(a)(2) |
| v.   ) | 18 U.S.C. § 2252(b)(1) |
| ) | 18 U.S.C. § 2256(8) |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| KEVIN MATTHEW WATKINS ) | 18 U.S.C. § 2252A(b)(2) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about July 27, 2014, in the Western District of Arkansas, Hot Springs Division, the defendant, KEVIN MATTHEW WATKINS, knowingly received a visual depiction namely "2009 anal baby.mpg" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### COUNT TWO

On or about August 4, 2014, in the Western District of Arkansas, Hot Springs Division, the defendant, KEVIN MATTHEW WATKINS, knowingly received a visual depiction namely "20140128_180135.mp4" that had been mailed and shipped and transported in interstate and

foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

On or about October 13, 2014, in the Western District of Arkansas, Hot Springs Division, the defendant, KEVIN MATTHEW WATKINS, knowingly received a visual depiction namely "5 years old Kait-Dad Ectasy.avi" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about September 23, 2014, in the Western District of Arkansas, Hot Springs Division, the defendant, KEVIN MATTHEW WATKINS, knowingly received a visual depiction namely "9 year old jenny full.avi" that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title

18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE

On or about June 22, 2015, in the Western District of Arkansas, Hot Springs Division, the defendant, KEVIN MATTHEW WATKINS, knowingly possessed a HP 2000 laptop computer, that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8) including images of minors under the age of 12, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count One through Five of this Indictment.

Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to 18 United States Code, Section 2253 the defendant's interest in:

1. any visual depiction described in 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds

obtained from the offenses in the Indictment; and

3. any property, real or personal, **including any and all computer equipment,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18 United States Code, Section 2253(b), incorporating by reference Title 21 United States Code, Section 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By: _____
Denis A. Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR 72901
479-249-9040
E-mail Denis.Dean@usdoj.gov