IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRIMINAL NO. 6:15CR60033-001                USA vs. KEVIN MATTHEW WATKINS

COURT PERSONNEL:                             DEFENDANT'S COUNSEL

JUDGE: Susan O. Hickey                       Tiffany E. Fields
                                             (Name)
MAGISTRATE: _____                   on file
                                             (Street Address or P.O. Box)
CLERK: Robin Gray
                                             (City, State, Zip Code)
RECORDER: Robin Gray-Digital Recorder
                                             (Telephone Number)
GOVERNMENT: Denis Dean                       ☐ RET  ☑ FPD  ☐ WV  ☐ CJA

INTERPRETER: _____

☐ OATH TO INTERPRETER

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

- ☑ Proceedings:        ☐ Initial Appearance     ☑ Arraignment and Plea
- ☑ Charges:   ☐ Magistrate Complaint   ☐ Information   ☑ Indictment   ☐ Superseding
- ☐ Rule 5 - District and case number: _____
- ☐ Petition on probation/supervised release
- ☑ Level of Offense:    ☐ Petty    ☐ Misdemeanor    ☑ Felony
- ☑ Defendant Appeared:    ☑ With counsel    ☐ Without counsel
- ☐ Waiver of Counsel executed and filed
- ☐ CJA 23 (financial affidavit) executed
- ☐ Counsel Appointed
- ☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate counsel
- ☐ Inquiry made regarding defendant's ability to read/write English language
- ☐ Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
- ☑ Inquiry made that defendant is not under influence of alcohol/drugs and is able to comprehend proceedings
- ☑ Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings
- ☐ Court finds that the defendant is the person named in Rule 5 charging document
- ☐ Defendant informed of provisions of Rule 20 proceedings
- ☐ Consent to proceed before magistrate executed and filed
- ☐ Waiver of trial by jury executed and filed
- ☐ Waiver of thirty days to prepare for trial executed and filed

USA vs. KEVIN MATTHEW WATKINS

- ☑ Defendant informed of rights
- ☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☑ Indictment read  ☑ substance of charge stated
- ☐ Information read  ☐ substance of charge stated
- ☐ Complaint read  ☐ substance of charge stated
- ☐ Defendant waived reading of:  ☐ indictment  ☐ information  ☐ complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☑ Plea agreement disclosed on record and filed.

DEFENDANT'S PLEA:
- ☐ Not guilty to count(s) _____
- ☑ Guilty to count(s)   1 & 5 of the Indictment.
- ☐ Nolo contendere to count(s) _____
- ☐ Court entered plea of not guilty for defendant

SCHEDULE SETTING:
- ☐ Preliminary hearing: _____
- ☐ Detention hearing: _____
- ☐ Revocation hearing: _____
- ☐ Trial Date: _____
- ☐ Sentencing Date: _____
- ☑ Sentencing deferred pending preparation of presentence report

MOTION DEADLINE:
- ☐ Defendant directed to file Rule 16 discovery motions with _____ days
- ☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
- ☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

BOND set at _____
- ☑ Defendant released on present bond
- ☐ Defendant to make bond and be released
- ☐ Defendant remanded to custody of _____

SPECIAL CONDITIONS OF RELEASE:
- ☑ Pretrial supervision as directed by the U.S. Probation Office
- ☑ Comply with all previously imposed standard and special conditions of release.

Proceedings began: 9:33 a.m.
ended: 9:53 a.m.

DATE: February 3, 2016