IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              CASE NO. 15-CR-60033

KEVIN MATTHEW WATKINS                                                 DEFENDANT

### ORDER

Before the Court is Defendant's Amended Motion to Withdraw Guilty Plea.[1] ECF No. 29. Defendant moves pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B) and requests that he be allowed to withdraw his guilty plea as to Count One only, leaving his guilty plea in place as to Count Five of the Indictment. Upon consideration, the Court finds that Defendant has shown good cause for the motion. Therefore, Defendant's Amended Motion to Withdraw Guilty Plea (ECF No. 29) is hereby **GRANTED**. Furthermore, the United States Probation Office is hereby directed to prepare a new Presentence Investigation Report as to Count Five only.

**IT IS SO ORDERED**, this 3rd day of April, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Also pending before the Court is Defendant's previously filed Motion to Withdraw Guilty Plea. ECF No. 28. However, in light of this Order, that motion is rendered moot.